UNITED STATES DISTRICT COURT
FOR THE EASTERN OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTORIA SAVAGE, | : | CIVIL ACTION - LAW |
| Plaintiff | : | NO. 2:15-cv-03560-WB |
| | : | |
| v. | : | |
| | : | |
| TORRES CREDIT SERVICES, INC., | : | |
| Defendant | : | |
| | : | |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties have settled this action. The parties anticipate the filing of a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a) within sixty (60) calendar days. Please cancel the arbitration in this case and suspend all other due dates.

                                              RESPECTFULLY SUBMITTED,

DATED: March 21, 2016       KIMMEL & SILVERMAN, P.C.

                                      By: /s/ Craig Thor Kimmel
                                        Craig Thor Kimmel
                                        Attorney ID # 57100
                                        Kimmel & Silverman, P.C.
                                        30 E. Butler Pike
                                        Ambler, PA 19002
                                        Phone: (215) 540-8888
                                        Fax: (877) 788-2864
                                        Email: kimmel@creditlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of March 2016, I caused a true and correct copy of the foregoing Notice of Settlement, to be served on the following counsel of record via ECF transmission:

Ronald M. Metcho
Marshall, Dennehey, Warner, Colman & Goggin
2000 Market Street, Suite 2300
Philadelphia, PA 19103
Email: rmmetcho@mdwcg.com

Andrew M. Schwartz
Marshall, Dennehey, Warner, Colman & Goggin
2000 Market Street, Suite 2300
Philadelphia, PA 19103
Email: amschwartz@mdwcg.com

Thomas Francis Lucchesi
Marshall, Dennehey, Warner, Colman & Goggin
2000 Market Street, Suite 2300
Philadelphia, PA 19103
Email: tflucchesi@mdwcg.com

Attorneys for Defendant

By: /s/ Craig Thor Kimmel
Craig Thor Kimmel