UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTORIA SAVAGE | ) |
| **Plaintiff,** | ) |
| v. | ) Case No.: 2:15-cv-03560-WB |
| TORRES CREDIT SERVICES., | ) |
| **Defendant.** | ) |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/Ronald M. Metcho* | */s/ Craig Thor Kimmel* |
| Ronald M. Metcho, Esq. | Craig Thor Kimmel, Esq. |
| Marshall Dennehey Warner Coleman & Goggin | Kimmel & Silverman, P.C. |
| 2000 Market Street, Suite 2300 | 30 East Butler Pike |
| Philadelphia, PA 19146 | Ambler, PA 19002 |
| Phone: 215-575-2595 | Phone: 215-540-8888 |
| Fax: 215-575-0856 | Fax: 877-788-2864 |
| Email: rmmetcho@mdwcg.com | Email: teamkimmel@creditlaw.com |
| Attorney for the Defendant | Attorney for Plaintiff |
| | |
| Date: May 19, 2016 | Date: May 19, 2016 |

BY THE COURT:

_____
                                                        J.

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 19th day of May, 2016:

Ronald M. Metcho, Esq.
Marshall Dennehey Warner Coleman & Goggin
2000 Market Street, Suite 2300
Philadelphia, PA 19146
Phone: 215-575-2595
Fax: 215-575-0856
Email: rmmetcho@mdwcg.com

*/s/ Craig Thor Kimmel*
Craig Thor Kimmel, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 877-788-2864
Email: teamkimmel@creditlaw.com
Attorney for the Plaintiff